| | | |
|---|---|---|
| TEONA LAKIA BRYANT, | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| v. | * | FOR |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | * | BALTIMORE CITY |
| | * | CASE NO. _____ |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ENTRY UPON LAND

Come now Plaintiff, pursuant to Rules 2-402, 2-412 and 2-422, and request that the Defendant or Defendants each produce the subject property or properties owned by the Defendant or Defendants mentioned in this cause of action for testing within thirty days.

_____
Brian S. Brown, Esquire
(CPF No. 8512010055
*Brown & Barron, LLC*
7 St. Paul Street, Suite 800
Baltimore, Maryland 21202
T. (410) 547-0202
F. (410) 332-4509
bbrown@brownbarron.com