THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TEONA LAKIA BRYANT,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Defendant. | Civil Action No.: |

## NOTICE TO ADVERSE PARTY

TO:   Brian S. Brown, Esq.
       Brown & Barron, LLC
       7 St. Paul Street, Suite 800
       Baltimore, MD 21202
       *Attorney for Plaintiff*

Pursuant to Title 28, Section 1446 of the United States Code, you are hereby notified that a Notice of Removal, as required by said section, has this day been filed in the United States District Court for the District of Maryland, and a copy of the Notice of Removal is attached hereto for your information and made a part hereof. The undersigned has also filed a copy of the Notice of Removal with the Clerk of the Circuit Court for Baltimore City, Maryland, pursuant to the above-referenced Code Section, dated the 30th day of January, 2019.

1

Respectfully submitted,

_____
Robert L. Hebb (23425)
rhebb@semmes.com
James O. Spiker IV (30189)
jspiker@semmes.com
Semmes, Bowen & Semmes
25 South Charles Street, 14th Floor
Baltimore, Maryland 21201
(410) 539-5040
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2019, a copy of this *Notice to Adverse Party* was mailed first-class, postage prepaid to:

Brian S. Brown, Esq.
Brown & Barron, LLC
7 St. Paul Street, Suite 800
Baltimore, MD 21202
*Attorney for Plaintiff*

_____
Robert L. Hebb (23425)

B2116848.DOC