

**ATTORNEYS AT LAW**
**SEMMES**

Providing Legal Services...
Since 1887

SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

410.539.5040
WWW.SEMMES.COM

**James O. Spiker IV**
*Associate*

Suite 1400
25 South Charles Street
Baltimore, Maryland 21201

410.576.4889
410.539.5223 Fax

jspiker@semmes.com

April 18, 2019

VIA ELECTRONIC FILING
The Honorable Paula Xinis
U.S. District Court for the District of Maryland
Southern Division
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770

    RE:   *Teona Bryant v. Federal National Mortgage Association*
            Civil Action No.: 1:19-cv-00292

Dear Judge Xinis:

    At the request of Your Honor at this morning's joint initial status conference, please find attached a proposed Order modifying the Scheduling Order.

                                          Very truly yours,

                                          James O. Spiker IV

JOS:lsm
Attachment
cc:    Brian S Brown, Esq.